Louisiana. Certiorari denied. *R. Emmett Kerrigan, Ralph L. Kaskell, Jr.* and *René H. Himel, Jr.* for petitioners. *Moses C. Scharff* for the Board of Levee Commissioners, and *Gerard H. Schreiber* for Roussel, respondents.

No. 122. GLEESON ET UX. *v.* CARR, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioners.

No. 123. LONG ET AL. *v.* RYAN, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. *John A. Wilson* and *Willard M. L. Robinson* for petitioners. *I. Arnold Ross* for respondents.

No. 124. BASS ET AL., DOING BUSINESS AS JOSEPH A. BASS Co., ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Josiah E. Brill* and *Max O'Rell Truitt* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for respondents.

No. 125. EMERY & KAUFMAN, LTD. *v.* HEYL. Supreme Court of Louisiana. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner.

No. 126. HALFEN *v.* UNITED STATES C. A. 5th Cir. Certiorari denied. *John Peace* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 127. SICKLES *v.* GRAYBAR ELECTRIC Co. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Alfred H. Highland* for respondent.